IN THE MATTER OF THE REVISION OF RATES FILED BY TOMS RIVER WATER COMPANY INCREASING ITS RATES FOR WATER SERVICE.

May 30, 1979. Petition for certification granted. (See 158 *N.J.Super.* 57)

SOLOMON LEVINE & MARILYN E. LEVINE v. STATE OF NEW JERSEY, DEPARTMENT OF INSTITUTIONS AND AGENCIES.

May 30, 1979. Petition for certification granted. (See 160 *N.J.Super.* 591)

STATE OF NEW JERSEY v. NORBERTO RIVERA.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS K. J. TUSO.

May 30, 1979. Petition for certification denied.

BOROUGH OF STONE HARBOR v. WILDWOOD LOCAL 59, PO-LICEMAN'S BENEVOLENT ASSOCIATION OF NEW JERSEY.

May 30, 1979. Petition for certification denied. (See 164 *N.J.Super.* 375)